UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2020
```

| BRETT COULTER, individually and on behalf of all others similarly situated, | |
|---|---|
| Plaintiff, | |
| -against- | 1:20-cv-06144 |
| RBC CAPITAL MARKETS, LLC, | ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

The Court held an Initial Pretrial Conference in this case on November 4, 2020.

IT IS HEREBY ORDERED that on or before November 18, 2020, the Parties must file a joint letter on ECF regarding the status of the Parties' discussions about the withdrawal of any claims in this action and whether talks remain ongoing.  In the event the Parties agree to discontinue this action, a stipulation of discontinuance should be filed for the Court's review.

IT IS FURTHER ORDERED that the Parties should appear for a Status Conference on November 30, 2020 at 12:00PM.  The conference will be held telephonically.  To join the conference, dial 888-278-0296 and enter access code 5195844.

**SO ORDERED.**

**Date:  November 4, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1